# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Tasty Snow LLC ) | ASBCA No. 59072 |
| ) | |
| Under Contract No. TIN 13-043 ) | |

APPEARANCE FOR THE APPELLANT:  Mr. David Massey
                                 Owner

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders., Esq.
                                  Army Chief Trial Attorney
                                  CPT Michael E. Barnicle, JA
                                  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59072, Appeal of Tasty Snow LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals